THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL AZIZ ZARIF SHABAZZ, Also Known as MICHAEL HURLEY, Appel-lant, v JEROME J. RICHARDS, Acting Judge of Franklin County Court, et al., Respondents.

Submitted November 5, 2012; decided December 18, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.